**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LORI BELTRAN; ROBERT BELTRAN;
COBY BELTRAN, by and through his
Guardian Ad Litem Lori Beltran,
            *Plaintiffs-Appellants,*

                    v.                              No. 05-16976

SANTA CLARA COUNTY; MELISSA                          D.C. No.
SUAREZ, individually and as an                    CV-03-03767-RMW
employee of the County of Santa
Clara; JENNIFER HUBBS,                                ORDER
individually and as an employee                    AMENDING
of the County of Santa Clara;                        OPINION
EMILY TJHIN, individually and as
an employee of the County of
Santa Clara,
            *Defendants-Appellees.*

Filed February 13, 2008

Before: Alex Kozinski, Chief Judge, Stephen Reinhardt,
Andrew J. Kleinfeld, Michael Daly Hawkins,
Kim McLane Wardlaw, William A. Fletcher,
Ronald M. Gould, Richard A. Paez, Marsha S. Berzon,
Richard R. Clifton and Sandra S. Ikuta, Circuit Judges.

---

# ORDER

Appellees' motion for clarification is granted. The opinion
filed on January 24, 2008, slip op. at 1201, is amended as fol-
lows:

Slip op. at 1205, Line 8    Insert <absolute immunity> after
                            <incorrect>

1293

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.